IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MARYBETH
MESSINA,

CASE NO:

       Plaintiff,

vs.

UNITED STATES OF AMERICA,

       Defendant.

_____/

## **COMPLAINT**

COMES NOW Plaintiff, MARYBETH MESSINA, and sues Defendant, UNITED STATES OF AMERICA (hereinafter referred to as "DEFENDANT"), and alleges:

### **JURISDICTION**

1.     That this action is brought pursuant to the Federal Tort Claims Act and jurisdiction is vested in this Court pursuant to 28 U.S.C. 1346(b).

### **FACTS**

2.     Plaintiff is a natural person residing in the State of Florida.

3.     That on or about July 11, 2019, Plaintiff was an employee of the William Bill Kling VA Clinic in Sunrise, Florida, at which time she was working in the Bravo medicine room when she was struck by a wooden cabinet that came loose from the wall, causing Plaintiff to sustain serious and permanent bodily injuries and damages hereinafter set forth.

4.     Defendant knew or by using ordinary care should have known of the condition of dangerously loose cabinet in the medicine room.

1

5.      Defendant failed to use ordinary care to properly and safely secure the cabinets to the wall.

6.      As a direct result of such failure, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

7.      On or about June 18, 2021, Plaintiff filed a Standard Form 95 claim with the Department of Veteran Affairs. To date, Defendant has failed to respond.

WHEREFORE, Plaintiff, MARYBETH MESSINA, prays for judgment against the Defendant, the United States of America, for the sum of TWO HUNDRED THOUSAND DOLLARS ($200,000.00), and for her costs in this suit.

RESPECTFULLY submitted this 17th day of June 2022.

> /s/ Rachelle Sousa
> Rachelle Sousa, Esquire
> Florida Bar #:  92232
> Morgan & Morgan
> 8151 Peters Road, 4th Floor
> Plantation, FL 33324
> Tele:  (954) 694-9565
> Fax:  (954) 694-9650
> Primary Email:  rsousa@forthepeople.com
> Secondary Email:  mdugarteojeda@forthepeople.com
> RACpleadings@forthepeople.com
> Attorney for Plaintiff

2