AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MARYBETH MESSINA, *Plaintiff* v. UNITED STATES OF AMERICA *Defendant* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 0:22-cv-61166-AHS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* UNITED STATES OF AMERICA
c/o United States Attorney's Office
For The Southern District of Florida
99 NE 4th Street
Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rachelle Sousa, Esq.
Morgan & Morgan, P.A.
8151 Peter's Road, Ste. 4000
Plantation, FL 33324
(954) 694-9565
Email: rsousa@forthepeople.com
mmitchelljr@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 21, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ M. Brown
Deputy Clerk
U.S. District Courts